Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon
Portland Division

FILED 17 SEP '19 16:34 USDC-ORP

Kristina Michelle Allen
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Ms. McNight, Ms. Stewart, Juvenile Just[ice], Ellen Rosenblum, Kathrin Underhill, Benjamin Gutman, Nancy Popking, Circuit Court & Court of Appeals
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

) Case No. 3:19-cv-1504-IM
) *(to be filled in by the Clerk's Office)*
)
) Jury Trial: *(check one)* ☐ Yes ☒ No
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kristina Michelle Allen
Street Address: Gresham Post Office General Delivery
City and County: Portland, Multnomah Co.
State and Zip Code: Oregon, 97030
Telephone Number: (503) 781-1624
E-mail Address: knyfathelisa.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
Name: Diana Stewart
Job or Title (if known): Judge @ Multnomah Co Courts
Street Address: Oregon state
City and County: Portland Multnomah Co
State and Zip Code: Oregon 97230
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Mc Night
Job or Title (if known): Judge @ Multnomah Co
Street Address: Juvenile Sign of Multnomah
City and County: Portland Multnomah Co
State and Zip Code: Oregon 97230 Courts
Telephone Number: Oregon
E-mail Address (if known):



Defendant No. 3
Name: Kathryn Underhill
Job or Title (if known): DSB Youth Rights Attorney Courts of
Street Address: Juvenile Interview
City and County: Portland Multnomah Co
State and Zip Code: Oregon 97230
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Benjamin Guttman
Job or Title (if known): Soliciting General
Street Address:
City and County: Portland Multnomah Co
State and Zip Code: Oregon 97230
Telephone Number: Oregon State
E-mail Address (if known): Courts on appeal

(5) Ellen Rosenblum
(6) Danny Popkins D.A



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Broken amendment #12, Child endangering, false persecution, Reading Constitution, Civil Right violation, Child Pornography, Trafficking*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Kristina M. Allen, is a citizen of the State of *(name)* Oregon State.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* None, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) Ellen MC. Rosenblum, Kate Knight, Diana Stewart, Nancy Popkins, Benjamin Gutman, Kathrin Underhill

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* Oregon State or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* __Oregon State Bar__, is incorporated under the laws of the State of *(name)* __Oregon State__, and has its principal place of business in the State of *(name)* __Oregon State__

        Or is incorporated under the laws of *(foreign nation)* __Oregon State__ and has its principal place of business in *(name)* __Judicial department for Multnomah co. courts__

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Unite me and my child, and make a domestic new law for women & children instead of schools to false prophet D.O.D 107__

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__a child exibit 107 found in a trial for a hearsay against judges rule so human traffic child__

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__Sue for not to 44,000 run child exibit 107 underground for 6 months and human collapse to__

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/04/19

Signature of Plaintiff: *Kristine Michelle Allen*
Printed Name of Plaintiff: Kristine M. Allen

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____