IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KRISTINA MICHELLE ALLEN**, | Case No. 3:19-cv-01504-IM |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **DIANA STEWERT, et al.**, | |
| Defendants. | |

Based on this Court's order of dismissal, ECF 6, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint, ECF 2, is DISMISSED with prejudice as to all claims. This Court does not grant Plaintiff leave to amend because it is apparent that the deficiencies of the complaint cannot be cured by amendment. *See Shucker v. Rockwood*, 846 F.2d 1202, 1203–04 (9th Cir. 1988) (per curiam). Plaintiff's *in forma pauperis* status is REVOKED because an appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

DATED this 25th day of October, 2019.

/s/ Karin J. Immergut  
Karin J. Immergut  
United States District Judge

PAGE 1 – JUDGMENT